1 │ DANIEL J. BRODERICK, Bar #89424
Federal Defender
2 │ MARC C. AMENT, Bar #59080
Assistant Federal Defender
3 │ Designated Counsel for Service
2300 Tulare Street, Suite 330
4 │ Fresno, California  93721-2226
Telephone: (559) 487-5561

5 │
Attorney for Defendant
6 │ MANUEL GUTIERREZ, JR.

7 │

8 │              IN THE UNITED STATES DISTRICT COURT

9 │           FOR THE EASTERN DISTRICT OF CALIFORNIA

10 │

11 │ UNITED STATES OF AMERICA,           )    NO. 1:06-cr-0359 LJO
                                     )
12 │            *Plaintiff*,              )    STIPULATION TO CONTINUE MOTIONS
                                     )    HEARING;  ORDER
13 │     v.                             )
                                     )
14 │ MANUEL GUTIERREZ, JR.,              )    Date:  April 27, 2007
                                     )    Time:  9:00 a.m.
15 │            *Defendant*.             )    Judge: Honorable Lawrence J. O'Neill
                                     )
16 │ _____)

17 │

18 │     **IT IS HEREBY STIPULATED** by and between the parties hereto that the motions hearing in the

19 │ above- entitled matter now set for March 23, 2007, **may be continued to April 27, 2007, at 9:00 a.m.**

20 │     This continuance is requested by counsel for defendant to allow counsel additional time for

21 │ defense preparation, including evaluation of additional discovery provided March 12, 2007.  The

22 │ continuance will conserve time and resources of both parties and the court.

23 │ ///

24 │ ///

25 │ ///

26 │ ///

27 │ ///

28 │ ///

Stipulation to Continue Motions
Hearing; [Proposed] Order

1    The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161, subd.(h)(1)F),

2    (h)(8)(A) and (B) in that the ends of justice served by the continuance outweigh the best interest of the

3    public and the defendant in a speedy trial, since the failure to grant such a continuance would deny counsel

4    for the defendant the reasonable time necessary for effective preparation, taking into account the exercise

5    of due diligence.

6                                                                    McGREGOR W. SCOTT
                                                                     United States Attorney

7

8    DATED: March 21, 2007                          By:   /s/   David L. Gappa
                                                           DAVID L. GAPPA
9                                                          Assistant U.S. Attorney
                                                           Attorney for Plaintiff

10

11

12                                                         DANIEL J. BRODERICK
                                                           Federal Defender

13

14   DATED: March 21, 2007                          By:   /s/  Marc C. Ament
                                                           MARC C. AMENT
15                                                         Assistant Federal Defender
                                                           Attorney for Defendant
16                                                         MANUEL GUTIERREZ, JR.

17

18

19                                        **ORDER**

20    Time is excluded pursuant to 18 U.S.C. §§ 3161, subd. (h)(1)(F),  (h)(8)(A) and (B).  For the reasons

21   stated above, the court finds that the ends of justice served by the delay outweigh the best interest of the

22   public and the defendant in a speedy trial.

23   IT IS SO ORDERED.

24   **Dated:    March 21, 2007**                        **/s/ Lawrence J. O'Neill**
     b9ed48                                        UNITED STATES DISTRICT JUDGE

25

26

27

28

Stipulation to Continue Motions
Hearing; [Proposed] Order                    2