1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MARC C. AMENT, Bar #59080
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  MANUEL GUTIERREZ, JR.

7

8                  IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )   NO. 1:06-cr-0359 LJO
                                       )
12              *Plaintiff*,           )   STIPULATION TO CONTINUE STATUS
                                       )   CONFERENCE HEARING;  ORDER
13          v.                         )
                                       )
14  MANUEL GUTIERREZ, JR.,             )   Date:  October 5, 2007
                                       )   Time:  9:00 a.m.
15              *Defendant*.           )   Judge: Honorable Lawrence J. O'Neill
                                       )
16  _____   )

17

18       **IT IS HEREBY STIPULATED** by and between the parties hereto that the status conference

19  hearing in the above- entitled matter now set for September 28, 2007, **may be continued to October 5,**

20  **2007,  at 8:30 a.m.**

21       This continuance is requested by counsel for defendant to allow additional time for defense

22  preparation, and for availability of defense counsel Marc C. Ament.

23  ///

24  ///

25

26       The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161, subd.(h)(1)F),

27  (h)(8)(A) and (B) in that the ends of justice served by the continuance outweigh the best interest of the

28  public and the defendant in a speedy trial, since the failure to grant such a continuance would deny counsel

Stipulation to Continue Status Conference
Hearing; [Proposed] Order

for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

                                                McGREGOR W. SCOTT
                                                United States Attorney

DATED: September 17, 2007                      By:  /s/   David L. Gappa
                                                DAVID L. GAPPA
                                                Assistant U.S. Attorney
                                                Attorney for Plaintiff

                                                DANIEL J. BRODERICK
                                                Federal Defender

DATED: September 17, 2007                      By:  /s/  Marc C. Ament
                                                MARC C. AMENT
                                                Assistant Federal Defender
                                                Attorney for Defendant
                                                MANUEL GUTIERREZ, JR.

DATED:  September 17, 2007                    By:  /s/  Katherine Hart
                                                KATHERINE HART
                                                Attorney for Defendant
                                                MANUEL GUTIERREZ, JR.

**ORDER**

Time is excluded pursuant to 18 U.S.C. §§ 3161, subd. (h)(1)(F),  (h)(8)(A) and (B).  For the reasons stated above, the court finds that the ends of justice served by the delay outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

**Dated:   September 18, 2007**         **/s/ Lawrence J. O'Neill**
                                            UNITED STATES DISTRICT JUDGE