| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424<br>Federal Defender |
| 2 | MARC C. AMENT, Bar #59080<br>Assistant Federal Defender |
| 3 | Designated Counsel for Service<br>2300 Tulare Street, Suite 330 |
| 4 | Fresno, California  93721-2226<br>Telephone: (559) 487-5561 |
| 5 | |
| 6 | Attorney for Defendant<br>MANUEL GUTIERREZ, JR. |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1:06-cr-0359 LJO |
| Plaintiff, | ) | STIPULATION TO CONTINUE SENTENCING<br>HEARING; [PROPOSED] ORDER |
| v. | ) | |
| MANUEL GUTIERREZ, JR., | ) | Date:  February 22, 2008<br>Time:  8:30 a.m. |
| Defendant. | ) | Judge: Honorable Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto that the sentencing hearing in the above-entitled matter now set for February 7, 2008, **may be continued to February 22, 2008, at 8:30 a.m.**

This continuance is requested by counsel for defendant to allow counsel additional time for defense preparation.  The continuance will conserve time and resources of both parties and the court.

///
///
///
///
///
///

Stipulation to Continue Sentencing
Hearing; [Proposed] Order

|   |   |
|---|---|
|   | McGREGOR W. SCOTT<br>United States Attorney |
| DATED: January 25, 2008 | By:  /s/  David L. Gappa<br>DAVID L. GAPPA<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |
|   | DANIEL J. BRODERICK<br>Federal Defender |
| DATED: January 25, 2008 | By:  /s/  Marc C. Ament<br>MARC C. AMENT<br>Assistant Federal Defender<br>Attorney for Defendant<br>MANUEL GUTIERREZ, JR. |

**ORDER**

Good cause existing as stated and represented in the stipulation,

IT IS SO ORDERED.

**Dated:   January 25, 2008**         /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE

Stipulation to Continue Sentencing
Hearing; [Proposed] Order                 2