```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MARC C. AMENT, Bar #59080
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  MANUEL GUTIERREZ, JR.
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:06-cr-0359 LJO |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO CONTINUE SENTENCING HEARING;  ORDER |
| v. | ) | |
| MANUEL GUTIERREZ, JR., | ) | Date:  March 7, 2008 |
| Defendant. | ) | Time:  8:30 a.m. |
|  | ) | Judge:  Honorable Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto that the sentencing hearing in the above-entitled matter now set for February 22, 2008, **may be continued to March 7, 2008, at 8:30 a.m.**

This continuance is requested by counsel for defendant to allow for availability of defense counsel. The continuance will conserve time and resources of both parties and the court.

///
///
///
///
///
///

Stipulation to Continue Sentencing
Hearing; [Proposed] Order

|   |   |
|---|---|
| | McGREGOR W. SCOTT<br>United States Attorney |
| DATED: February 20, 2008 | By:  /s/   David L. Gappa<br>DAVID L. GAPPA<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |
| | DANIEL J. BRODERICK<br>Federal Defender |
| DATED: February 20, 2008 | By:  /s/  Marc C. Ament<br>MARC C. AMENT<br>Assistant Federal Defender<br>Attorney for Defendant<br>MANUEL GUTIERREZ, JR. |
| DATED: February 20, 2008 | By:  /s/   Katherine Hart<br>KATHERINE HART<br>Attorney for Defendant<br>MANUEL GUTIERREZ, JR. |

**ORDER**

BASED ON THE COURT'S UNDERSTANDING THAT CO-COUNSEL K. HART IS UNAVAILABLE TO APPEAR AS SCHEDULED, THERE IS GOOD CAUSE FOR THE CONTINUANCE OF THE SENTENCING TO MARCH 7, 2008 AT 8:30 A.M.

IT IS SO ORDERED.

**Dated:   February 20, 2008**           /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE